# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VOSTERMANS VENTILATION, INC. : | |
| : | |
| Plaintiff, : | |
| : | **Summons** |
| v. : | Court No. 20-3800 |
| : | |
| UNITED STATES OF AMERICA; : | |
| OFFICE OF THE UNITED STATES TRADE : | |
| REPRESENTATIVE; ROBERT E. LIGHTHIZER, : | |
| U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & : | |
| BORDER PROTECTION; MARK A. MORGAN, : | |
| U.S. CUSTOMS & BORDER PROTECTION ACTING : | |
| COMMISSIONER, : | |
| Defendants. : | |
| : | |

To: The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

<u>*/s/ Mario Toscano*</u>
Clerk of the Court


Paul S. Anderson

THE ANDERSON LAW FIRM, LLC
111 Barclay Boulevard
Suite 206
Lincolnshire, IL  60069
312.300.4819

**/s/ Paul S. Anderson**
Signature of Plaintiff's Attorney
Dated:  October 27, 2020